1  David S. Mepham, WSBA No. 21087
   Email: dsm@hs-legal.com
2  Bradley F. Piscadlo, WSBA No. 42263
   Email: bfp@hs-legal.com
3  Hodgkinson Street Mepham, LLC
   1620 SW Taylor Street, Suite 350
4  Portland, OR 97205
   Telephone: (503)-222-1143
5  Of Attorneys for Hilex Poly and Duro Bag

The Honorable Barbara J. Rothstein

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HOLLY REIN,<br><br>               Plaintiff,<br><br>v.<br><br>RITE AID HEADQUARTERS, CORPORATION, d/b/a RITE AID, and RITE AID LEASE MANAGEMENT COMPANY, d/b/a RITE AID.<br><br>               Defendants. | Civil Case No. 2:19-cv-00522<br><br>STIPULATED MOTION FOR CONTINUANCE OF PERIOD FOR FIRST APPEARANCE OF THIRD-PARTY DEFENDANTS HILEX POLY CO. LLC AND DURO BAG MANUFACTURING COMPANY |
| RITE AID HEADQUARTERS, CORPORATION, d/b/a RITE AID, and RITE AID LEASE MANAGEMENT COMPANY, d/b/a RITE AID,<br><br>               Third-Party Plaintiffs,<br><br>v.<br><br>DURO BAG MANUFACTURING COMPANY, a Kentucky corporation, and HILEX POLY CO. LLC, a Delaware corporation,<br><br>               Third-Party Defendants. | |

Page 1 - STIPULATED MOTION FOR CONTINUANCE OF PERIOD FOR FIRST APPEARANCE OF THIRD-PARTY DEFENDANTS HILEX POLY CO. LLC AND DURO BAG MANUFACTURING COMPANY

Hodgkinson Street Mepham, LLC | 1620 SW Taylor Suite 350 Portland, OR 97205 (503) 222-1143 (503) 222-1296 (fax)

The parties move for a twenty (20) day extension on the date for Third-Party Defendants Hilex Poly, LLC's and Duro Bag Manufacturing Company's first appearance such that Hilex Poly's and Duro Bag Manufacturing Company's first appearance will be due by June 28, 2019. Third-Party Defendants do not waive any defenses, including but not limited to Venue, Jurisdiction, Statute of Limitation or any other defenses that may be available, based on the filing of this motion.

IT IS SO ORDERED.

Dated: 6/4/19

Barbara J. Rothstein

So stipulated:

/s/ John R. Barhoum
John R. Barhoum, WSBA No. 42776
Email: john.barhoum@chockbarhoum.com
CHOCK BARHOUM LLP
121 SW Morrison Street, Suite 415
Portland, OR 97204
Attorney for Rite Aid

/s/ Bradley F. Piscadlo
David S. Mepham, WSB No. 21087
Bradley F. Piscadlo, WSB No. 42263
dsm@hs-legal.com, bfp@hs-legal.com
HODGKINSON STREET MEPHAM, LLC
1620 SW Taylor St., Ste 350
Portland, Oregon 97205
Of Attorneys for Hilex Poly and Duro Bag

/s/ Jason H. Schauer
Jason H. Schauer, WSBA No. 30344
Email: jason@schauerlawoffices.com
SCHAUER LAW OFFICES, PLLC
918 Horton St., Ste 916
Seattle, WA 98134
Attorney for Plaintiff

Page 2 - STIPULATED MOTION FOR CONTINUANCE OF PERIOD FOR FIRST APPEARANCE OF THIRD-PARTY DEFENDANTS HILEX POLY CO. LLC AND DURO BAG MANUFACTURING COMPANY

Hodgkinson Street Mepham, LLC

1620 SW Taylor
Suite 350
Portland, OR 97205
(503) 222-1143
(503) 222-1296 (fax)