IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HOLLY REIN,<br><br>    Plaintiff,<br><br>  v.<br><br>RITE AID HEADQUARTERS,<br>CORPORATION, d/b/a RITE AID, and RITE<br>AID LEASE MANAGEMENT COMPANY,<br>d/b/a RITE AID,<br><br>    Defendants.<br><br>RITE AID HEADQUARTERS,<br>CORPORATION, d/b/a RITE AID, and RITE<br>AID LEASE MANAGEMENT COMPANY,<br>d/b/a RITE AID,<br><br>    Third-Party Plaintiffs,<br><br>  v.<br><br>DURO BAG MANUFACTURING<br>COMPANY, et. al,<br><br>    Third-Party Defendants. | Civil Case No. 2:19-cv-00522–BJR<br><br>**STIPULATION AND ORDER TO<br>AMEND COMPLAINT AND ADD<br>THRIFTY PAYLESS, INC., d/b/a<br>RITE AID PHARMACY AS THE<br>NAMED DEFENDANT AND<br>DISMISSING DEFENDANT RITE<br>AID HEADQUARTERS,<br>CORPORATION, d/b/a RITE AID** |

Comes now Holly Rein, by and through her attorney of record, Jason H. Schauer, of the

Schauer Law Offices, PLLC, and Defendant Rite Aid Headquarters, Corporation, d/b/a Rite

Aid, by and through their attorneys of record, John Barhoum and Jessica Lancaster, of Chock Barhoum, and hereby stipulate and agree as follows:

1. Plaintiff shall be admitted to file an Amended Complaint alleging that Thrifty Payless, Inc., d/b/a Rite Aid Pharmacy was and is the appropriate Defendant to be named in this matter who was involved in the incident here at bar.

2. The parties agree that John Barhoum and Jessica Lancaster of Chock Barhoum will then file a notice of appearance as attorneys of record for Thrifty Payless, Inc., d/b/a Rite Aid Pharmacy.

3. The parties agree that all claims against Rite Aid Headquarters, Corporation, d/b/a Rite Aid shall be dismissed with prejudice upon entry of this order.

4. John Barhoum and Jessica Lancaster of Chock Barhoum have agreed to accept service of the Amended Summons and Complaint on behalf of Thrifty Payless, Inc., d/b/a Rite Aid Pharmacy.

Dated this ___ of August, 2019.

JASON H. SCHAUER
WSBA NO. 30344
Attorney for Plaintiff.

Dated this 6th of August, 2019.

JOHN BARHOUM
WSBA NO. 42776
JESSICA LANCASTER
WSBA NO.
Attorneys for Defendants Rite Aid

STIPULATION AND ORDER TO RELEASE ONE
DEFENDANT AND ADD ANOTHER

THE SCHAUER LAW OFFICES, PLLC
918 S. Horton St., Ste. 916
Seattle, WA 98134
(206) 430-7112

# ORDER

Pursuant to the above stipulation, the Court hereby orders as follows:

1. Plaintiff Rein shall be allowed to file an Amended Complaint under the above-referenced cause number alleging that Thrifty Payless, Inc., d/b/a Rite Aid Pharmacy was responsible for causing the injuries and damage to Plaintiff.

2. All causes of action against Defendant Rite Aid Headquarters, Corporation, d/b/a Rite Aid are dismissed with prejudice.

3. John Barhoum and Jessica Lancaster of Chock Barhoum will promptly file a notice of appearance as attorneys of record for Thrifty Payless, Inc., d/b/a Rite Aid Pharmacy. Plaintiff Rein is allowed to effectuate service of process on Defendant Thrifty Payless, Inc., d/b/a Rite Aid Pharmacy by serving a copy of the Amended Summons and Complaint on its attorneys, John Barhoum and Jessica Lancaster of the Chock Barhoum Law Firm.

4. The caption in the above-entitled case shall be amended to read Holly Rein v. Thrifty Payless, Inc., d/b/a Rite Aid Pharmacy and Rite Aid Lease Management, Company, d/b/a Rite Aid et al.

Dated this 9th of August, 2019.    *Barbara J Rothstein*

_____

Honorable Barbara J. Rothstein

STIPULATION AND ORDER TO RELEASE ONE
DEFENDANT AND ADD ANOTHER

THE SCHAUER LAW OFFICES, PLLC
918 S. Horton St., Ste. 916
Seattle, WA 98134
(206) 420-7112

PRESENTED BY:

_____
JASON H. SCHAUER WSBA 30344
Attorney for Plaintiff Rein

COPY RECEIVED: APPROVED AS TO FORM;
NOTICE OF PRESENTATION WAIVED

_____
JOHN BARHOUM
WSBA NO. 42776
JESSICA LANCASTER
WSBA NO. ___
Attorneys for Defendants Rite Aid

STIPULATION AND ORDER TO RELEASE ONE
DEFENDANT AND ADD ANOTHER

THE SCHAUER LAW OFFICES, PLLC
918 S. Horton St., Ste. 916
Seattle, WA 98134
(206) 420-7112