John R. Barhoum, WSBA No. 42776
Email: john.barhoum@chockbarhoum.com
Chock Barhoum LLP
121 SW Morrison Street, Suite 415
Portland, OR 97204
Telephone: (503) 233-3000
Attorney for Defendants

The Honorable Barbara J. Rothstein

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HOLLY REIN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RITE AID HEADQUARTERS, CORPORATION, d/b/a RITE AID, and RITE AID LEASE MANAGEMENT COMPANY, d/b/a RITE AID,<br><br>　　　　Defendants.<br><br>RITE AID HEADQUARTERS, CORPORATION, d/b/a RITE AID, and RITE AID LEASE MANAGEMENT COMPANY, d/b/a RITE AID,<br><br>　　　　Third-Party Plaintiffs,<br><br>　v.<br><br>DURO BAG MANUFACTURING COMPANY, a Kentucky corporation, and HILEX POLY CO. LLC, a Delaware corporation,<br><br>　　　　Third-Party Defendants. | Civil Case No. 2:19-cv-00522–BJR<br><br>**DEFENDANTS/THIRD-PARTY PLAINTIFFS RITE AID'S STIPULATED MOTION FOR VOLUNTARY DISMISSAL OF THIRD-PARTY DEFENDANT DURO BAG MANUFACTURING** |

## I.　STIPULATION

COMES NOW Defendants/Third-Party Plaintiffs Rite Aid Headquarters, Corporation, d/b/a Rite Aid and Rite Aid Lease Management Company, d/b/a Rite Aid (hereinafter "Rite Aid"), by and through their undersigned counsel, and pursuant to FRCP 41(a)(1)(A)(ii) moves the Court

RITE AID MOTION TO DISMISS DURO BAG
(2:19-cv-00522-BJR) - 1

CHOCK BARHOUM LLP
121 SW Morrison, Suite 415
Portland, OR 97204
t: 503.223.3000 | f: 503.954.3321

for an order of voluntary dismissal for dismissing Rite Aid's claims against Third-Party Defendant Duro Bag Manufacturing (hereinafter "Duro Bag") without prejudice. Defendants/Third-Party Plaintiffs Rite Aid states as follows:

On April 10, 2019, Defendants/Third-Party Plaintiffs Rite Aid filed their Answer and Third-Party Complaint against Duro Bag Manufacturing Company. ECF No. 6. Third-Party Defendant Duro Bag filed its Answer and Affirmative Defenses on July 17, 2019. ECF No. 27. As reflected in Duro Bag's answer, no counterclaims have been pled or alleged in this matter.

Defendants/Third-Party Plaintiffs have conferred with counsel for Third-Party Defendant Duro Bag regarding this motion, and Duro Bag has no objections to this motion. Defendants/Third-Party Plaintiffs Rite Aid agree to move for voluntary dismissal without prejudice in light of the assurances of Duro Bag that it is not a proper party in this lawsuit as described in the Parties' July 23, 2019 Joint Status Report and Discovery Plan.

Defendants/Third-Party Plaintiffs Rite Aid therefore respectfully request that the Court dismiss the counterclaims against Third-Party Defendant Duro Bag without prejudice pursuant to FRCP 41(a).

**IT IS SO STIPULATED:**

DATED this 11th day of October, 2019.

/s/ John R. Barhoum
John R. Barhoum, WSBA No. 42776
john.barhoum@chockbarhoum.com
Attorneys for Rite Aid

DATED this 11th day of October, 2019.

/s/ Thomas R. Schuck
Thomas R. Schuck, *Pro Hac Vice*
schuck@taftlaw.com
Attorneys for Duro Bag

DATED this 11th day of October, 2019.

/s/ Thomas Brennan
Thomas Brennan, WSBA No. 30662
tom@brennanlegalpllc.com
Attorneys for Duro Bag

DATED this 11 day of October, 2019.

Jason H. Schauer, WSBA No. 30344
jason@schauerlawoffices.com
Attorneys for Plaintiff

RITE AID MOTION TO DISMISS DURO BAG
(2:19-cv-00522-BJR) - 2

**CHOCK BARHOUM LLP**
121 SW Morrison, Suite 415
Portland, OR 97204
t: 503.223.3000 | f: 503.954.3321

DATED this 6th day of ~~October~~ November, 2019.

/s/ David S. Mepham
David S. Mepham, WSBA No. 21807
dsm@hs-legal.com
Attorneys for Hilex Poly Co.

## II. ORDER

BEFORE THE COURT is the parties' Stipulated Motion for Voluntary Dismissal of Third-Party Defendant Duro Bag Manufacturing. The parties agree to dismiss Duro Bag Manufacturing without prejudice, pursuant to Federal Rule of Civil Procedure 41(a).

ACCORDINGLY, IT IS HEREBY ORDERED that the Stipulated Motion for Voluntary Dismissal of Third-Party Plaintiffs' Claims Against Third-Party Defendant Duro Bag Manufacturing is GRANTED.

**IT IS SO ORDERED.**
DATED this 6th day of November, 2019.

_____
Honorable Barbara J. Rothstein

RITE AID MOTION TO DISMISS DURO BAG
(2:19-cv-00522-BJR) - 3

CHOCK BARHOUM LLP
121 SW Morrison, Suite 415
Portland, OR 97204
t: 503.223.3000 | f: 503.954.3321