IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOLLY REIN,<br><br>                Plaintiff,<br><br>    v.<br><br>THRIFTY PAYLESS, INC., d/b/a RITE AID PARMACY, and RITE AID LEASE MANAGEMENT COMPANY, d/b/a RITE AID,<br><br>                Defendants.<br><br>THRIFTY PAYLESS, INC., d/b/a RITE AID PHARMACY, and RITE AID LEASE MANAGEMENT COMPANY, d/b/a RITE AID,<br><br>                Third-Party Plaintiffs,<br><br>    v.<br><br>HILEX POLY CO, LLC, a Kentucky corporation,<br><br>                Third-Party Defendants. | Civil Case No. 2:19-cv-00522−BJR<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND COURT IMPOSED DEADLINES** |

The parties stipulated and moved the Court for an order extending court-imposed deadlines in the above matter. There are no objections to this Stipulated Motion and the parties agree to the proposed deadlines set forth below. Being fully informed by the Stipulated Motion and the pleadings on file, the Court hereby GRANTS the Motion and sets the following deadlines:

    Expert Witness Report Deadline: June 22, 2020

    Discovery Deadline: July 20, 2020

    Dispositive Motion Deadline: August 19, 2020

    Motions in limine Deadline: December 14, 2020

    Joint Pretrial Statement: December 20, 2020

    Pretrial Conference: January 4, 2021

    Trial: January 25, 2021

So ORDERED.

Dated this 21st day of April, 2020.

_____
HON. BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE