The Honorable Barbara J. Rothstein

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HOLLY REIN,<br><br>            *Plaintiff*,<br><br>      v.<br><br>THRIFTY PAYLESS, INC., d/b/a RITE AID PHARMACY, and RITE AID LEASE MANAGEMENT COMPANY, d/b/a RITE AID,<br><br>            *Defendants*.<br><hr>THRIFTY PAYLESS, INC., d/b/a RITE AID PHARMACY, and RITE AID LEASE MANAGEMENT COMPANY, d/b/a RITE AID,<br><br>            *Third-Party Plaintiffs*,<br><br>      v.<br><br>DURO BAG MANUFACTURING COMPANY, a Kentucky corporation, and HILEX POLY CO. LLC, a Delaware corporation,<br><br>            *Third-Party Defendants*. | Civil Case No. 2:19-cv-00522−BJR<br><br>**ORDER GRANTING STIPULATED MOTION TO AMEND RITE AID'S THIRD-PARTY COMPLAINT TO DISMISS THIRD-PARTY DEFENDANT HILEX POLY CO., LLC AND SUBSTITUTE THIRD-PARTY DEFENDANT DURO HILEX POLY, LLC** |

## I.      ORDER

BEFORE THE COURT is the parties' Stipulated Motion to Amend Rite Aid's Third-Party Complaint to Dismiss Third-Party Defendant Hilex Poly Co., LLC and Substitute Third-Party

Defendant Duro Hilex Poly, LLC, and Amend Caption. The parties agree to dismiss Hilex Poly Co., LLC and substitute in Third-Party Defendant Duro Hilex Poly, LLC.

ACCORDINGLY, IT IS HEREBY ORDERED that the Stipulated Motion is GRANTED as follows:

1. Defendants/Third-Party Plaintiffs Rite Aid are authorized to file its amended third-party complaint;
2. Third-Party Defendant Hilex Poly Co., LLC is hereby dismissed and the substitution of Third-Party Defendant Duro Hilex Poly, LLC is authorized;
3. The caption will be amended to remove Third-Party Defendants Duro Bag Manufacturing and Hilex Poly Co., LLC and add Third-Party Defendant Duro Hilex Poly, LLC.

**IT IS SO ORDERED.**

DATED this 30th day of April, 2020.

*Barbara J. Rothstein*

Honorable Barbara J. Rothstein
United States District Court Judge

John R. Barhoum, WSBA No. 42776
Email: john.barhoum@chockbarhoum.com
Chock Barhoum LLP
121 SW Morrison Street, Suite 415
Portland, OR 97204
Telephone: (503) 233-3000
    Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HOLLY REIN,<br>    Plaintiff,<br>v.<br>RITE AID HEADQUARTERS, CORPORATION, d/b/a RITE AID, and RITE AID LEASE MANAGEMENT COMPANY, d/b/a RITE AID,<br>    Defendants.<br><br>RITE AID HEADQUARTERS, CORPORATION, d/b/a RITE AID, and RITE AID LEASE MANAGEMENT COMPANY, d/b/a RITE AID,<br>    Third-Party Plaintiffs,<br>v.<br>DURO BAG MANUFACTURING COMPANY, a Kentucky corporation, and HILEX POLY CO. LLC, a Delaware corporation,<br>    Third-Party Defendants. | Civil Case No. 2:19-cv-00522−BJR<br><br>CERTIFICATE OF SERVICE |

    I hereby certify that on the 28th day of April, 2020, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such

CERTIFICATE OF SERVICE - SOLO

filing to all registered individuals.  Additionally, I hereby certify that a true copy of the foregoing **STIPULATED MOTION TO AMEND RITE AID'S THIRD-PARTY COMPLAINT TO DISMISS THIRD-PARTY DEFENDANT HILEX POLY CO., LLC AND SUBSTITUTE THIRD-PARTY DEFENDANT DURO HILEX POLY, LLC** was served as stated below on:

| | |
|---|---|
| Jason H. Schauer<br>The Schauer Law Offices<br>918 S Horton Street, Suite 916<br>Seattle, WA 98134-1949<br>  *Attorney for Plaintiff* | ☐ By hand delivery<br>☐ By first-class mail*<br>☒ By electronic service through ECF system as identified on the Notice of Electronic Filing (NEF)<br>☐ By facsimile transmission Fax #:<br>☒ By e-mail: jason@schauerlawoffices.com |
| David Mepham<br>Bradley F. Piscadlo<br>Hodgkinson Street Mepham, LLC<br>1620 SW Taylor Street, Suite 350<br>Portland, OR 97205<br>  *Attorney for Third-Party Defendant Hilex Poly Co., LLC* | ☐ By hand delivery<br>☐ By first-class mail*<br>☒ By electronic service through ECF system as identified on the Notice of Electronic Filing (NEF)<br>☐ By facsimile transmission Fax #:  503-222-1296<br>☒ By e-mail: dsm@hs-legal.com<br>bfp@hs-legal.com |

*With first-class postage prepaid and deposited in Portland, Oregon.

DATED this 28th day of April, 2020.

**CHOCK BARHOUM LLP**

*/s/ John R. Barhoum*
John R. Barhoum, WSBA No. 42776
Email: john.barhoum@chockbarhoum.com
  Attorneys for Defendants and Third-Party Plaintiffs Rite Aid

CERTIFICATE OF SERVICE - SOLO