IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HOLLY REIN,<br><br>    Plaintiff,<br><br>    v.<br><br>THRIFTY PAYLESS, INC., d/b/a RITE AID PHARMACY, and RITE AID LEASE MANAGEMENT COMPANY, d/b/a RITE AID.<br><br>    Defendants. | Civil Case No. 2:19-cv-00522-BJR<br><br>ORDER GRANTING THIRD-PARTY DEFENDANT HILEX POLY CO. LLC'S STIPULATED MOTION TO EXTEND COURT IMPOSED DEADLINES |
| THRIFTY PAYLESS, INC., d/b/a RITE AID PHARMACY, and RITE AID LEASE MANAGEMENT COMPANY, d/b/a RITE AID,<br><br>    Third-Party Plaintiffs,<br><br>    v.<br><br>HILEX POLY CO. LLC, a Kentucky corporation,<br><br>    Third-Party Defendant. | |

1   The parties stipulated and moved the Court for an Order to extend court-imposed deadlines in the above matter. Dkt. No. 51. There are no objections to this Stipulated Motion and the parties agree to the proposed trial date of March 29, 2021. Being fully informed by the Stipulated Motion and the pleadings on file, the Court hereby GRANTS the Motion and sets the following deadlines:

| | |
|---|---|
| Expert Witness Report Deadline: | August 24, 2020 |
| Discovery Deadline: | September 21, 2020 |
| Dispositive Motion Deadline: | October 19, 2020 |
| Motions *in limine* Deadline: | February 16, 2021 |
| Joint Pretrial Statement: | February 22, 2021 |
| Pretrial Conference: | March 4, 2021 |
| Trial: | March 29, 2021 |

The Court notes that this is the parties' third request for an extension without providing the Court with any justification for why they cannot complete discovery in a timely manner. While the Court will grant the request and re-schedule dates accordingly, no further extensions will be forthcoming.

IT IS SO ORDERED.

DATED: June 19, 2020

*Barbara J. Rothstein*
HON. BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE