UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOLLY REIN,<br><br>    *Plaintiff*,<br><br>v.<br><br>THRIFTY PAYLESS, INC., d/b/a RITE AID PHARMACY, and RITE AID LEASE MANAGEMENT COMPANY, d/b/a RITE AID,<br><br>    *Defendants*, | CASE NO. 2:19-cv-00522-BJR<br><br>POST-PRETRIAL CONFERENCE ORDER |
| THRIFTY PAYLESS, INC., d/b/a RITE AID PHARMACY, and RITE AID LEASE MANAGEMENT COMPANY, d/b/a RITE AID,<br><br>    *Third-Party Plaintiffs*,<br><br>v.<br><br>DURO HILEX POLY, LLC, a Delaware corporation,<br><br>    *Third-Party Defendant* | |

On June 2, 2021, the Court held the Pretrial Conference in this matter via Zoom. Counsel for all Parties were present. The Court ordered as follows:

1

1. Defendants/Third-Party Plaintiffs Thrifty Payless, Inc. and Rite Aid Lease Management Company's (collectively, "Rite Aid") Motion to Continue Trial, Dkt. No. 121, is DENIED. The Zoom trial in this matter shall proceed as scheduled on June 21, 2021 beginning at 8:30 a.m. Pacific Time.

2. Rite Aid's Motion to exclude testimony regarding hypotheticals is DENIED. Dkt. No. 107.

3. Rite Aid's Motion to exclude testimony regarding financial status or ability to pay of either party is GRANTED. *Id.*

4. Rite Aid's Motion to exclude any reference to insurance is GRANTED. *Id.*

5. Rite Aid's Motion to exclude lay witnesses during trial is GRANTED. *Id.*

6. Rite Aid's Motion to exclude all arguments of "punishment," "sending a message," and Golden Rule arguments is GRANTED. *Id.*

7. Plaintiff's Motion to preclude the Defendants or Third-Party Defendant from arguing or presenting evidence at trial as to Plaintiff's failure to mitigate damages or Plaintiff's contributory negligence is DENIED. Dkt. No. 108.

8. Plaintiff's Motion to preclude the Defendants or Third-Party Defendants from arguing or presenting evidence at trial regarding Plaintiff's termination from her last position is DENIED. Dkt. No. 110.

9. Plaintiff's objection to Rite Aid's introduction of Plaintiff's Termination Letter as an exhibit is OVERRULED. Dkt. No. 116 at 14.

SO ORDERED.

DATED this 3rd day of June, 2021.

                                               *Barbara J. Rothstein*
                                        BARBARA J. ROTHSTEIN
                                        UNITED STATES DISTRICT JUDGE