UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

|  |  |
|---|---|
| HOLLY REIN,<br><br>    *Plaintiff*,<br><br>v.<br><br>THRIFTY PAYLESS, INC., d/b/a RITE AID PHARMACY, and RITE AID LEASE MANAGEMENT COMPANY, d/b/a RITE AID,<br><br>    *Defendants*, | CASE NO. 2:19-cv-00522-BJR<br><br>ORDER DENYING PLAINTIFF'S MOTION TO COMPEL DISCOVERY OF VIDEO FOOTAGE RITE AID ALLEGEDLY HAS OF PLAINTIFF AND FOR SANCTIONS |
| THRIFTY PAYLESS, INC., d/b/a RITE AID PHARMACY, and RITE AID LEASE MANAGEMENT COMPANY, d/b/a RITE AID,<br><br>    *Third-Party Plaintiffs*,<br><br>v.<br><br>DURO HILEX POLY, LLC, a Delaware corporation,<br><br>    *Third-Party Defendant* |  |

Before the Court is Plaintiff's Motion to Compel Rite Aid to produce surveillance video taken of Plaintiff in this personal injury case, and for sanctions for not producing the video sooner.

1

Mot. to Compel, Dkt. No. 127. The Court has recounted the background of this case in previous orders. *See* Order, Dkt. No. 97 at 2–3.

Rite Aid responds that it should not be compelled to produce any surveillance video taken of Plaintiff because it does not intend to use the video during the upcoming trial in this matter, and the video is protected by attorney work product privilege. *See* Rite Aid's Resp. to Pl.'s Mot. to Compel, Dkt. No. 130.

Surveillance video, such as that allegedly taken of Plaintiff by Rite Aid's investigator in anticipation of trial, is protected work product. *See Fletcher v. Union Pac. R.R. Co.*, 194 F.R.D. 666, 670 (S.D. Cal. 2000). Pursuant to Federal Rule of Civil Procedure 26(b)(3), a Plaintiff may compel production of such privileged evidence only if they can show "substantial need for the materials to prepare its case and cannot, without undue hardship, obtain their substantial equivalent by other means." FED. R. CIV. P. 26(b)(3)(A)(ii); *see also Fletcher*, 194 F.R.D. at 670–71. Plaintiff does not need the video to prepare for trial as Rite Aid has stated that it does not intend to use the video at trial. *Fletcher*, 194 F.R.D. at 672. As Plaintiff claims no other need for the video in question, the Court finds she has failed to show substantial need.

The Court hereby DENIES Plaintiff's Motion to Compel and Motion for Sanctions.

SO ORDERED.

DATED this 17th day of June, 2021.

　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　BARBARA J. ROTHSTEIN
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE