| | |
|---|---|
| 1 | The Honorable Barbara J. Rothstein |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HOLLY REIN,<br><br>      Plaintiff,<br><br>  v.<br><br>THRIFTY PAYLESS, INC.,<br>d/b/a RITE AID PHARMACY, and RITE AID LEASE MANAGEMENT COMPANY, d/b/a RITE AID.<br><br>      Defendants. | Civil Case No. 2:19-cv-00522-BJR<br><br>STIPULATION AND ORDER OF DISMISSAL AS TO THIRD-PARTY DEFENDANT DURO HILEX POLY CO, LLC'S COUNTER CLAIMS AGAINST THIRD-PARTY PLAINTIFF THRIFTY PAYLESS, INC., d/b/a RITE AID PHARMACY, and RITE AID LEASE MANAGEMENT COMPANY, d/b/a RITE AID |
| THRIFTY PAYLESS, INC., d/b/a RITE AID PHARMACY, and RITE AID LEASE MANAGEMENT COMPANY, d/b/a RITE AID,<br><br>      Third-Party Plaintiffs,<br><br>  v.<br><br>DURO HILEX POLY CO, LLC, a Delaware corporation,<br><br>      Third-Party Defendant. | |

Page 1 - STIPULATION AND ORDER OF DISMISSAL AS TO THIRD-PARTY DEFENDANT DURO HILEX POLY CO, LLC'S COUNTER CLAIMS AGAINST THIRD-PARTY PLAINTIFF THRIFTY PAYLESS, INC., d/b/a RITE AID PHARMACY, and RITE AID LEASE MANAGEMENT COMPANY, d/b/a RITE AID

Hodgkinson Street Mepham, LLC

1620 SW Taylor
Suite 350
Portland, OR 97205
(503) 222-1143
(503) 222-1296 (fax)

1   IT IS HEREBY STIPULATED AND AGREED by and between third-party plaintiff, acting by and through their counsel, and third-party defendant, acting by and through their counsel, that third-party defendant Duro Hilex Poly Co, LLC's counter claims against third-party plaintiff Thrifty Payless, Inc., d/b/a Rite Aid Pharmacy, and Rite Aid Lease Management Company, d/b/a Rite Aid be dismissed with prejudice and without costs, this matter having been fully resolved between third-party plaintiff and third-party defendant.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: June 17, 2021

*/s/ John Barhoum*

John Barhoum, WSBA No. 42776
Chock Barhoum LLP
121 SW Morrison Street, Suite 415
Portland, OR 97204
P: (503) 223-3000
F: (503) 954-2231
Email: john.barhoum@chockbarhoum.com
*Of Attorneys For Defendants/Third-Party Plaintiffs Thrifty Payless, Inc., dba Rite Aid*

DATED: June 17, 2021

*David S. Mepham*

David S. Mepham, WSB No. 21087
Hodgkinson Street Mepham, LLC
1620 SW Taylor, Ste. 350
Portland, OR 97205
Email: dsm@hs-legal.com
P: (503) 222-1143
F: (503) 222-1296
*Of Attorneys for Third-Party Defendant Hilex Poly Co. LLC*

///
///
///
///

Page 2 - STIPULATION AND ORDER OF DISMISSAL AS TO THIRD-PARTY DEFENDANT DURO HILEX POLY CO, LLC'S COUNTER CLAIMS AGAINST THIRD-PARTY PLAINTIFF THRIFTY PAYLESS, INC., d/b/a RITE AID PHARMACY, and RITE AID LEASE MANAGEMENT COMPANY, d/b/a RITE AID

Hodgkinson Street Mepham, LLC

1620 SW Taylor
Suite 350
Portland, OR 97205
(503) 222-1143
(503) 222-1296 (fax)

ORDER

THIS MATTER having come before the undersigned judge of the above-entitled Court, based on the foregoing stipulation, now therefore,

IT IS HEREBY ORDERED that third-party defendant Duro Hilex Poly Co, LLC's counter claims against third-party plaintiff Thrifty Payless, Inc., d/b/a Rite Aid Pharmacy, and Rite Aid Lease Management Company, d/b/a Rite Aid shall be dismissed with prejudice and without costs or interest to either party.

Dated: June 16, 2021.

*Barbara J. Rothstein*
HONORABLE BARBARA J. ROTHSTEIN
United States District Court Judge

Page 3 - STIPULATION AND ORDER OF DISMISSAL AS TO THIRD-PARTY DEFENDANT DURO HILEX POLY CO, LLC'S COUNTER CLAIMS AGAINST THIRD-PARTY PLAINTIFF THRIFTY PAYLESS, INC., d/b/a RITE AID PHARMACY, and RITE AID LEASE MANAGEMENT COMPANY, d/b/a RITE AID

Hodgkinson Street Mepham, LLC
1620 SW Taylor
Suite 350
Portland, OR 97205
(503) 222-1143
(503) 222-1296 (fax)