The Honorable Barbara J. Rothstein

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HOLLY REIN,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>THRIFTY PAYLESS, INC.,<br>d/b/a RITE AID PHARMACY, and RITE AID LEASE MANAGEMENT COMPANY, d/b/a RITE AID.<br><br>　　　　　　　　Defendants. | Civil Case No. 2:19-cv-00522-BJR<br><br>STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE OF THIRD-PARTY DEFENDANT DURO HILEX POLY CO, LLC'S COUNTER CLAIMS AGAINST THIRD-PARTY PLAINTIFF THRIFTY PAYLESS, INC., d/b/a RITE AID PHARMACY, and RITE AID LEASE MANAGEMENT COMPANY, d/b/a RITE AID |
| THRIFTY PAYLESS, INC., d/b/a RITE AID PHARMACY, and RITE AID LEASE MANAGEMENT COMPANY, d/b/a RITE AID,<br><br>　　　　　　　　Third-Party Plaintiffs,<br><br>　v.<br><br>DURO HILEX POLY CO, LLC, a Delaware corporation,<br><br>　　　　　　　　Third-Party Defendant. | |

Page 1 - STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE OF THIRD-PARTY DEFENDANT DURO HILEX POLY CO, LLC'S COUNTER CLAIMS AGAINST THIRD-PARTY PLAINTIFF THRIFTY PAYLESS, INC., d/b/a RITE AID PHARMACY, and RITE AID LEASE MANAGEMENT COMPANY, d/b/a RITE AID

Hodgkinson Street Mepham, LLC

1620 SW Taylor
Suite 350
Portland, OR 97205
(503) 222-1143
(503) 222-1296 (fax)

The parties hereto stipulate that the third-party counter claims brought by third-party defendant Duro Hilex Poly Co, LLC against third-party plaintiff Thrifty Payless, Inc., d/b/a Rite Aid Pharmacy, and Rite Aid Lease Management Company, d/b/a Rite Aid, having been fully resolved may be dismissed with prejudice and without costs to either party.

IT IS SO STIPULATED

DATED: June 17, 2021

/s/ John Barhoum

John Barhoum, WSBA No. 42776
Chock Barhoum LLP
121 SW Morrison Street, Suite 415
Portland, OR 97204
P: (503) 223-3000
F: (503) 954-2231
Email: john.barhoum@chockbarhoum.com
*Of Attorneys For Defendants/Third-Party Plaintiffs Thrifty Payless, Inc., dba Rite Aid*

DATED: June 17, 2021

/s/ David S. Mepham

David S. Mepham, WSB No. 21087
Hodgkinson Street Mepham, LLC
1620 SW Taylor, Ste. 350
Portland, OR 97205
Email: dsm @hs-legal.com
P: (503) 222-1143
F: (503) 222-1296
*Of Attorneys for Third-Party Defendant Hilex Poly Co. LLC*

///
///
///
///
///
///

Page 2 - STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE OF THIRD-PARTY DEFENDANT DURO HILEX POLY CO, LLC'S COUNTER CLAIMS AGAINST THIRD-PARTY PLAINTIFF THRIFTY PAYLESS, INC., d/b/a RITE AID PHARMACY, and RITE AID LEASE MANAGEMENT COMPANY, d/b/a RITE AID

Hodgkinson Street Mepham, LLC

1620 SW Taylor
Suite 350
Portland, OR 97205
(503) 222-1143
(503) 222-1296 (fax)

1    IT IS SO ORDERED AND HEREBY ADJUDGED that the third-party counter claims brought by third-party defendant Duro Hilex Poly Co, LLC against third-party plaintiff Thrifty Payless, Inc., d/b/a Rite Aid Pharmacy, and Rite Aid Lease Management Company, d/b/a Rite Aid are hereby dismissed with prejudice and without costs to either party.

IT IS EXPRESSLY DIRECTED that judgment be given herein as entered forthwith.

Dated: June 17, 2021.

*Barbara J. Rothstein*
HONORABLE BARBARA J. ROTHSTEIN
United States District Court Judge

Page 3 - STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE OF THIRD-PARTY DEFENDANT DURO HILEX POLY CO, LLC'S COUNTER CLAIMS AGAINST THIRD-PARTY PLAINTIFF THRIFTY PAYLESS, INC., d/b/a RITE AID PHARMACY, and RITE AID LEASE MANAGEMENT COMPANY, d/b/a RITE AID

Hodgkinson Street Mepham, LLC

1620 SW Taylor
Suite 350
Portland, OR 97205
(503) 222-1143
(503) 222-1296 (fax)