IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HOLLY REIN,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>THRIFTY PAYLESS, INC.,<br>d/b/a RITE AID PHARMACY, and RITE AID LEASE MANAGEMENT COMPANY, d/b/a RITE AID.<br><br>　　　　　　　Defendants.<br> | Civil Case No. 2:19-cv-00522-BJR<br><br>STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE OF THIRD-PARTY PLAINTIFF THRIFTY PAYLESS, INC., d/b/a RITE AID PHARMACY, and RITE AID LEASE MANAGEMENT COMPANY, d/b/a RITE AID'S THIRD-PARTY CLAIMS AGAINST THIRD-PARTY DEFENDANT DURO HILEX POLY CO, LLC |
| THRIFTY PAYLESS, INC., d/b/a RITE AID PHARMACY, and RITE AID LEASE MANAGEMENT COMPANY, d/b/a RITE AID,<br><br>　　　　　　　Third-Party Plaintiffs,<br><br>　　v.<br><br>DURO HILEX POLY CO, LLC, a Delaware corporation,<br><br>　　　　　　　Third-Party Defendant. | |

Page 1 - STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE OF THIRD-PARTY PLAINTIFF THRIFTY PAYLESS, INC., d/b/a RITE AID PHARMACY, and RITE AID LEASE MANAGEMENT COMPANY, d/b/a RITE AID'S THIRD-PARTY CLAIMS AGAINST THIRD-PARTY DEFENDANT DURO HILEX POLY CO, LLC

Hodgkinson Street Mepham, LLC
1620 SW Taylor
Suite 350
Portland, OR 97205
(503) 222-1143
(503) 222-1296 (fax)

The parties hereto stipulate that the third-party claims brought by third-party plaintiff Thrifty Payless, Inc., d/b/a Rite Aid Pharmacy, and Rite Aid Lease Management Company, d/b/a Rite Aid against Duro Hilex Poly Co, LLC, having been fully resolved may be dismissed with prejudice and without costs to either party.

IT IS SO STIPULATED

/s/ John Barhoum

DATED: June 17, 2021

John Barhoum, WSBA No. 42776
Chock Barhoum LLP
121 SW Morrison Street, Suite 415
Portland, OR 97204
P: (503) 223-3000
F: (503) 954-2231
Email: john.barhoum@chockbarhoum.com
*Of Attorneys For Defendants/Third-Party Plaintiffs Thrifty Payless, Inc., dba Rite Aid*

/s/ David S. Mepham

DATED: June 17, 2021

David S. Mepham, WSB No. 21087
Hodgkinson Street Mepham, LLC
1620 SW Taylor, Ste. 350
Portland, OR 97205
Email: dsm@hs-legal.com
P: (503) 222-1143
F: (503) 222-1296
*Of Attorneys for Third-Party Defendant Hilex Poly Co. LLC*

///
///
///
///
///
///

Page 2 - STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE OF THIRD-PARTY PLAINTIFF THRIFTY PAYLESS, INC., d/b/a RITE AID PHARMACY, and RITE AID LEASE MANAGEMENT COMPANY, d/b/a RITE AID'S THIRD-PARTY CLAIMS AGAINST THIRD-PARTY DEFENDANT DURO HILEX POLY CO, LLC

Hodgkinson Street Mepham, LLC
1620 SW Taylor
Suite 350
Portland, OR 97205
(503) 222-1143
(503) 222-1296 (fax)

1    IT IS SO ORDERED AND HEREBY ADJUDGED that all third-party claims by third-party plaintiff Thrifty Payless, Inc., d/b/a Rite Aid Pharmacy, and Rite Aid Lease Management Company, d/b/a Rite Aid against third-party defendant Duro Hilex Poly Co, LLC are hereby dismissed with prejudice and without costs to either party.

IT IS EXPRESSLY DIRECTED that judgment be given herein as entered forthwith.

Dated: June 16, 2021.

*Barbara J. Rothstein*
HONORABLE BARBARA J. ROTHSTEIN
United States District Court Judge

Page 3 - STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE OF THIRD-PARTY PLAINTIFF THRIFTY PAYLESS, INC., d/b/a RITE AID PHARMACY, and RITE AID LEASE MANAGEMENT COMPANY, d/b/a RITE AID'S THIRD-PARTY CLAIMS AGAINST THIRD-PARTY DEFENDANT DURO HILEX POLY CO, LLC

Hodgkinson Street Mepham, LLC
1620 SW Taylor
Suite 350
Portland, OR 97205
(503) 222-1143
(503) 222-1296 (fax)